# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Gregory Alfred<br>Sherrie Alfred | : | Case No. 14-54830 |
| Debtor(s) | : | JUDGE Preston |
| | : | **MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY** |

_____

Debtors Gregory and Sherrie Alfred, by and through Counsel, Erin E. Schrader, request this Court to voluntarily dismiss their Chapter 13. Debtors no longer wish to proceed with this case. For this reason, Debtors request this motion is granted.

Respectfully submitted,

/s/ Erin E. Schrader
Erin E. Schrader 0078078
Rauser and Associates
5 East Long Street Suite 300
Columbus, OH 43215
614-228-4480

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing motion to dismiss was sent by regular U.S. mail on June 28, 2017, to the following:

Adam Bradley Hall

Manley Deas Kochalski

P.O. Box 165028

Columbus, OH 43216-5028


Sheereen Middleton

The Law Offices of Robertson, Anschutz

6409 Congress Avenue, Ste. 100

Boca Raton, FL 33487


Steven Henry Patterson

3962 Red Bank Road

Cincinnati, OH 45227


Christopher G Phillips

Shapiro Van Ess Phillips & Barragate LLP

4805 Montgomery Rd

Suite 320

Norwood, OH 45212

Jennifer Fate

Murray Murphy Moul + Basil LLP

1114 Dublin Road

Columbus, OH 43215


Michael A Paasch

225 E Robinson St

Suite 600

Orlando, FL 32801


2:14-bk-54830|Mid-Ohio Emergency Services, LLC |PO Box 1109|Minneapolis, MN 55440-1109 ||||

2:14-bk-54830|Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215-2417||

2:14-bk-54830|Broland Health |PO Box 568547|Orlando, FL 32856-8547| |||

2:14-bk-54830|Credit Acceptance |25505 W 12 Mile RD #3000|Southfield MI 48034-8331| |||

2:14-bk-54830|Credit Acceptance |PO Box 551888|Detroit, MI 48255-1888| |||

2:14-bk-54830|Integrity Funding Ohio LLC |84 Villa Rd|Greenville, SC 29615-3052| |||

2:14-bk-54830|Integrity Funding Ohio, LLC |3440 Preston Ridge Rd, Ste 500|Alpharetta, GA 30005-3823| |||

2:14-bk-54830|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred

2:14-bk-54830|MID-OHIO EMERGENCY SERVICES LLC |PO Box 1109|Minneapolis, MN

55440-1109| |||duplicate

2:14-bk-54830|National Check Cashers |P.O. Box 12148|Columbus, OH 43212-0148| |||

2:14-bk-54830|Ocwen Loan Servicing |1661 Worthington Rd.|Sut. 100|West Palm Beach, FL 33409-6493| ||

2:14-bk-54830|Ohio State University |PO Box 183102|Columbus, OH 43218-3102| |||

2:14-bk-54830|Ohio State University Hospital |Patient Financial Services|PO Box 183102|Columbus, OH 43218-3102| ||

2:14-bk-54830|Omni Community Association |PO Box 395|Grove City, OH 43123-0395| |||

2:14-bk-54830|Orlando Health Inc. |Attn: Bridgette B. Walters, CPAM|3090 Caruso Ct., MP 15|Orlando, FL 32806-8510| ||

2:14-bk-54830|Patient Financial Services |1375 Perry St.|Columbus, OH 43201-3177| |||

2:14-bk-54830|Pickerington City Taxes |100 Lockville Rd|Pickerington, OH 43147-1321| |||

2:14-bk-54830|Rural Metro Ambulance |PO Box 3495|Toledo, OH 43607-0495| |||

2:14-bk-54830|Solutions for Real Estate |C/O Anne Marie Rouault|1103 Schrock Rd, Suite 103|Columbus, OH 43229-1179| ||

2:14-bk-54830|Villages @ Sycamore Creek HOA |P.O. Box 395|Grove City,OH 43123-0395| |||

2:14-bk-54830|WOW! Internet and Cable |P.O. Box 63000|Colorado Springs, CO 80962-3000| |||

2:14-bk-54830|Anne Marie Rouault |Real Sharp Realty|2190 James Road|Granville, OH 43023-9491|||

2:14-bk-54830|Erin E. Schrader |Rauser & Associates|5 E. Long Street, Suite 300|Columbus, OH 43215-2915|||

2:14-bk-54830|Frank M Pees |130 East Wilson Bridge Road|Suite 200|Worthington, OH 43085-2391|||

2:14-bk-54830|Gregory Alfred Sr.|435 Yale Circle|Pickerington, OH 43147-7980||||

2:14-bk-54830|Sherrie Alfred |435 Yale Circle|Pickerington, OH 43147-7980||||

/s/ Erin E. Schrader

Erin E. Schrader